David M. Barkan (#160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Barry K. Shelton (#199307/ shelton@fr.com)
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, Texas 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WI-LAN, INC., a Canadian corporation,<br><br>    Defendant | Case No. C07-05626 WDB<br><br>**MARVELL'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1  Marvell Semiconductor, Inc. is a subsidiary wholly owned by Marvell Technology, Inc. and
2  Marvell Semiconductor Israel Ltd. and is an indirect subsidiary of Marvell Technology Group Ltd.
3  Marvell Technology Group Ltd is a publicly traded company.

5  Dated:  December 6, 2007                FISH & RICHARDSON P.C.

7                                          By:  /s/ David M. Barkan
                                                David M. Barkan

9                                          Attorneys for Plaintiff
                                           MARVELL SEMICONDUCTOR, INC.

12 (DRAFT) Certificate of Interested Parties.doc