David M. Barkan (#160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Barry K. Shelton (#199307; shelton@fr.com)
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, Texas 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| Marvell Semiconductor, Inc.<br><br>    Plaintiff,<br><br>    v.<br><br>Wi-LAN, Inc.,<br><br>    Defendant. | Case No. C07-05626 WDB<br><br>**PROOF OF SERVICE** |

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

1

|   |   |
|---|---|
| 1 | On December 3, 2007, I caused a copy of the following document(s): |
| 2 | • SUMMONS, |
| 3 | • CIVIL COVER SHEET, |
| 4 | • COMPLAINT FOR DECLARATORY RELIEF, |
| 5 | • ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, |
| 7 | • NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE, |
| 8 | • STANDING ORDER OF MAGISTRATE JUDGE BRAZIL |

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Wi-LAN, Inc.
Attn: General Counsel
11 Holland Avenue, Suite 608
Ottawa, ON  K1Y 4S1
Canada

Wi-LAN, Inc.
Attn: General Counsel
3300, 421 – 7th Avenue S.W.
Calgary, AB  T2P 4K9
Canada

LaBarge Weinstein P.C.
515 Legget Drive, Suite 800
Kanata, ON  K2K 3G4
Canada



| ☒ **INTERNATIONAL REGISTERED MAIL** | The documents were deposited, with postage, registration, and return receipt fees fully paid, with the United States Postal Service on the same day in the ordinary course of business. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on December 21, 2007, at Redwood City, California.

Christine D. Horsley

50452500.doc