David M. Barkan (#160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Barry K. Shelton (#199307; shelton@fr.com)
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, Texas 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

Samuel F. Baxter (sbaxter@mckoolsmith.com)
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Defendant
WI-LAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| Marvell Semiconductor, Inc.<br><br>    Plaintiff,<br><br>    v.<br><br>Wi-LAN, Inc.,<br><br>    Defendant. | Case No. C07-05626 WDB<br><br>**STIPULATION GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendant Wi-LAN, Inc. ("Wi-LAN") shall be granted a thirty-day extension of time in which to answer the Complaint for Declaratory Relief of Plaintiff Marvell

1

Semiconductor, Inc. ("Marvell").  Wi-LAN's answer will now be due on or before January 25, 2008.

Dated: December 26, 2007                                  Dated: December 26, 2007

FISH & RICHARDSON P.C.                                    MCKOOL SMITH, P.C.

By:  /s/ David M. Barkan                                  By:  /s/ Samuel F. Baxter
     David M. Barkan                                           Samuel F. Baxter

Attorneys for Plaintiff                                   Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC                                WI-LAN, INC.

# DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Samuel F. Baxter.

Dated: December 26, 2007                    FISH & RICHARDSON P.C.

                                            By:  \s\ David M. Barkan
                                                 David M. Barkan

                                            Attorneys for Plaintiff
                                            MARVELL SEMICONDUCTOR, INC.

50455902.doc