JEFFREY E. FAUCETTE (No. 193066)
Email: jfaucette@howardrice.com
SIMONA ALESSANDRA AGNOLUCCI
(No. 246943)
Email: sagnolucci@howardrice.com
HOWARD RICE NEMEROVSKI
    CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

SAMUEL F. BAXTER (Texas State Bar
No. 01938000)
Email: sbaxter@mckoolsmith.com
McKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone:    214/978-4000
Facsimile:    214/978-4044

KEVIN L. BURGESS (Texas State Bar
No. 24006927)
Email: kburgess@mckoolsmith.com
JOHN B. CAMPBELL, JR. (Texas State
Bar No. 24036314)[1]
Email: jcampbell@mckoolsmith.com
McKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, TX 78701
Telephone:    512/692-8700
Facsimile:    512/692-8744

Attorneys for Defendant
WI-LAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR INC., a California corporation, | No. C 07-05626 WDB |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | |
| WI-LAN, INC., a Canadian corporation, | **AND** |
| Defendant. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

---

[1]Counsel from McKool Smith, P.C. will apply to the Court for *pro hac vice* admission following reassignment.

C 07-05626 WDB

1

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

2

The undersigned party hereby declines to consent to the assignment of this case to a

3

United States Magistrate Judge for trial and disposition and hereby requests the reassignment

4

of this case to a United States District Judge.

5

6

DATED:  January 23, 2008

7

Respectfully,

8

SAMUEL F. BAXTER
KEVIN L. BURGESS

9

JOHN B. CAMPBELL, JR.
McKOOL SMITH, P.C.

10

JEFFREY E. FAUCETTE

11

SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY

12

FALK & RABKIN
A Professional Corporation

13

14

By: _____/s/_____
JEFFREY E. FAUCETTE

15

Attorneys for Defendant WI-LAN, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

C 07-05626 WDB

-2-