David M. Barkan (#160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Barry K. Shelton (#199307; shelton@fr.com)
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, Texas 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

Samuel F. Baxter (sbaxter@mckoolsmith.com)
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Kevin Burgess (kburgess@mckoolsmith.com)
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin TX 78701
Telephone: (512) 692-8044
Facsimile: (512) 692-8744

Attorneys for Defendant
WI-LAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| Marvell Semiconductor, Inc.,<br><br>    Plaintiff,<br><br>     v.<br><br>Wi-LAN, Inc.,<br><br>    Defendant. | Case No. C07-05626 WDB<br><br>**STIPULATION GRANTING FURTHER EXTENSION OF TIME TO ANSWER COMPLAINT** |

1

STIPULATION GRANTING FURTHER EXTENSION OF TIME TO
ANSWER COMPLAINT
**Case No. C07-05626 WDB1**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendant Wi-LAN, Inc. ("Wi-LAN") shall be granted an additional thirty-day extension of time in which to answer the Complaint for Declaratory Relief of Plaintiff Marvell Semiconductor, Inc. ("Marvell"). Wi-LAN's answer will now be due on or before February 25, 2008.

Dated: January 23, 2008                                   Dated: January 23, 2008

FISH & RICHARDSON P.C.                              MCKOOL SMITH, P.C.

By: _____                          By: _____
    David M. Barkan                                          Kevin Burgess

Attorneys for Plaintiff                                     Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC                                  WI-LAN, INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kevin Burgess.

Dated: January 23, 2008                                   FISH & RICHARDSON P.C.

                                                          By: \s\ David M. Barkan
                                                              David M. Barkan

                                                          Attorneys for Plaintiff
                                                          MARVELL SEMICONDUCTOR, INC.

50461070.doc