1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7    MARVELL SEMICONDUCTOR, INC.

8              Plaintiff,                    No.  C 07-5626   WDB

9         v.                                 NOTICE OF IMPENDING
                                             REASSIGNMENT TO A UNITED
10   WI-LAN, INC.                            STATES DISTRICT COURT JUDGE

11
              Defendant.
12   _____/

13
          The Clerk of this Court will now randomly reassign this case to a United States District
14
     Judge because one or more of the parties has requested reassignment to a United States District
15
     Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case
16
     management conference set for February 17, 2008, at 4:00 p.m. is vacated.
17

18
     Dated:  January 24, 2008
19
                                             Richard W. Wieking, Clerk
20                                           United States District Court

21                                           *Sarah Weinstein*

22                                           By:  SarahWeinstein
                                                    Law Clerk/Deputy Clerk
23   Copies to:
             All parties
24           WDB
             Stats
25

26

27

28

N:\FORMS\impending reassignment clerks notice.wpd