1  David M. Barkan (#160825/barkan@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello St., Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Barry K. Shelton (#199307; shelton@fr.com)
5  FISH & RICHARDSON P.C.
   111 Congress Avenue, Suite 810
6  Austin, Texas 78701
   Telephone: (512) 472-5070
7  Facsimile: (512) 320-8935

8  Attorneys for Plaintiff
   MARVELL SEMICONDUCTOR, INC.
9
   Samuel F. Baxter (sbaxter@mckoolsmith.com)
10 MCKOOL SMITH, P.C.
   300 Crescent Court, Suite 1500
11 Dallas, Texas 75201
   Telephone: (214) 978-4000
12 Facsimile: (214) 978-4044

13 Attorneys for Defendant
   WI-LAN, INC.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| Marvell Semiconductor, Inc.<br><br>    Plaintiff,<br><br>    v.<br><br>Wi-LAN, Inc.,<br><br>    Defendant. | Case No. C07-05626 WDB<br><br>**STIPULATION GRANTING FURTHER EXTENSION OF TIME TO ANSWER COMPLAINT** |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

attorneys of record, that Defendant Wi-LAN, Inc. ("Wi-LAN") shall be granted an additional

thirty-day extension of time in which to answer the Complaint for Declaratory Relief of Plaintiff

1

Marvell Semiconductor, Inc. ("Marvell"). Wi-LAN's answer will now be due on or before February 25, 2008.

Dated: January 23, 2008                           Dated: January 23, 2008

FISH & RICHARDSON P.C.                            MCKOOL SMITH, P.C.

By: _____                        By: _____
    David M. Barkan                                   Samuel F. Baxter

Attorneys for Plaintiff                           Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC                        WI-LAN, INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Samuel F. Baxter.

Dated: January 23, 2008                           FISH & RICHARDSON P.C.

                                                  By: \s\ David M. Barkan
                                                      David M. Barkan

                                                  Attorneys for Plaintiff
                                                  MARVELL SEMICONDUCTOR, INC.

50455902.doc

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

STIPULATION GRANTING FURTHER EXTENSION OF TIME TO
ANSWER COMPLAINT
Case No. C07-05626 WDB