```
1   Linda J. Thayer (SBN 195,115/linda.thayer@finnegan.com)
    FINNEGAN, HENDERSON, FARABOW,
2      GARRETT & DUNNER, L.L.P
    3300 Hillview Avenue
3   Palo Alto, California 94304
    Telephone: (650) 849-6600
4   Facsimile:  (650) 849-6666
5
    Roger D. Taylor (to be admitted pro hac vice/roger.taylor@finnegan.com)
6   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P
7   303 Peachtree Street, N.E.
    Atlanta, GA  30308-3263
8   Telephone: (404) 653-6400
9   Facsimile:  (404) 653-6444

10  Attorneys for Plaintiff
    MARVELL SEMICONDUCTOR, INC.
11
```

## UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| MARVELL SEMICONDUCTOR, INC., | CASE NO. C07-05626 SI |
|---|---|
| Plaintiff, | **PLAINTIFF MARVELL SEMICONDUCTOR, INC.'S MOTION TO SUBSTITUTE COUNSEL** |
| v. | |
| WI-LAN, INC., | |
| Defendant. | |

Marvell Semiconductor, Inc. hereby moves this Court to substitute the following as its counsel in the above-captioned case in place of David M. Barkan of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063, and Barry K. Shelton of Fish & Richardson P.C., 111 Congress Avenue, Suite 810, Austin, TX 78701:

|  |  |
|---|---|
| 1 | Roger D. Taylor (to be admitted pro hac vice) |
| 2 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P |
| 3 | 303 Peachtree Street, N.E. Atlanta, GA  30308-3263 |
| 4 | Telephone: (404) 653-6400 Facsimile:  (404) 653-6444 |
| 5 | Email:  roger.taylor@finnegan.com |
| 6 | Linda J. Thayer (State Bar No. 195115) |
| 7 | FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, L.L.P. |
| 8 | 3300 Hillview Avenue Palo Alto, CA 94304 |
| 9 | Telephone:  650-849-6600 Facsimile: 650-849-6666 |
| 10 | Email: linda.thayer@finnegan.com |

By her signature below, counsel represents that this motion is filed at the request of plaintiff Marvell Semiconductor, Inc., and that all counsel listed above consent to the substitution.  The undersigned also represents that counsel for Wi-Lan, Inc. has been consulted and does not oppose.

Respectfully submitted,

Dated:  February 12, 2008        By: _____
                                    Linda J. Thayer
                                    FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, L.L.P
                                    3300 Hillview Avenue
                                    Palo Alto, CA 94304
                                    Telephone: (650) 849-6600

                                    Attorneys for Plaintiff
                                    MARVELL SEMICONDUCTOR, INC.

IT IS SO ORDERED.

Date: _____   _____
                                Judge Susan Illston