1  Linda J. Thayer (SBN 195,115/linda.thayer@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Roger D. Taylor (*to be admitted pro hac vice*/roger.taylor@finnegan.com)
6  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P
7  303 Peachtree Street, N.E.
8  Atlanta, GA 30308-3263
   Telephone: (404) 653-6400
9  Facsimile: (404) 653-6444

10 Attorneys for Plaintiff
   MARVELL SEMICONDUCTOR, INC.
11

12               UNITED STATES DISTRICT COURT

13               NOTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15 | MARVELL SEMICONDUCTOR, INC., | CASE NO. C07-05626 SI |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF MARVELL SEMICONDUCTOR, INC.'S MOTION TO SUBSTITUTE COUNSEL** |
| WI-LAN, INC., | |
| Defendant. | |

   Marvell Semiconductor, Inc. hereby moves this Court to substitute the following as its counsel in the above-captioned case in place of David M. Barkan of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063, and Barry K. Shelton of Fish & Richardson P.C., 111 Congress Avenue, Suite 810, Austin, TX 78701:

Roger D. Taylor (to be admitted pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, L.L.P
303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Telephone: (404) 653-6400
Facsimile: (404) 653-6444
Email: roger.taylor@finnegan.com

Linda J. Thayer (State Bar No. 195115)
FINNEGAN, HENDERSON, FARABOW
　GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: 650-849-6600
Facsimile: 650-849-6666
Email: linda.thayer@finnegan.com

By her signature below, counsel represents that this motion is filed at the request of plaintiff Marvell Semiconductor, Inc., and that all counsel listed above consent to the substitution. The undersigned also represents that counsel for Wi-Lan, Inc. has been consulted and does not oppose.

Respectfully submitted,

Dated: February 12, 2008    By: _____
　　　　　　　　　　　　　　Linda J. Thayer
　　　　　　　　　　　　　　FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　　GARRETT & DUNNER, L.L.P
　　　　　　　　　　　　　　3300 Hillview Avenue
　　　　　　　　　　　　　　Palo Alto, CA 94304
　　　　　　　　　　　　　　Telephone: (650) 849-6600

　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　MARVELL SEMICONDUCTOR, INC.

IT IS SO ORDERED.

Date: _____    _____
　　　　　　　　　　　　　　Judge Susan Illston