JEFFREY E. FAUCETTE (No. 193066)
Email: jfaucette@howardrice.com
SIMONA ALESSANDRA AGNOLUCCI
(No. 246943)
Email: sagnolucci@howardrice.com
HOWARD RICE NEMEROVSKI
   CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Defendant
WI-LAN, INC.

LINDA JEAN THAYER (No. 195115)
Email: linda.thayer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    650/849-6600
Facsimile:    650/849-6666

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WI-LAN, INC., a Canadian corporation,<br><br>Defendant. | No. C 07-05626 SI<br><br>Action Filed:  November 5, 2007<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND RESETTING INITIAL CASE MANAGEMENT CONFERENCE |

1   Defendant Wi-LAN, Inc.'s ("Wi-LAN") response to the Complaint for Declaratory

2   Relief of Plaintiff Marvell Semiconductor, Inc. ("Marvell") is currently due to be filed on or

3   before February 25, 2008.   There is also an initial case management conference set for

4   February 29, 2008 at 2:00 p.m.  The parties have not yet met and conferred pursuant to Rule

5   26 and are in the process of discussing a possible dismissal of the complaint.

6        IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and

7   through their respective attorneys of record, that:

8        1.    Wi-LAN's pleading in response to the Complaint must be filed on or before

9   March 10, 2008.

10        2.    The initial case management conference in this matter shall be continued to April

11   4, 2008 at 2:00 p.m.

12

13   DATED:  February 21, 2008        JEFFREY E. FAUCETTE
                                       SIMONA ALESSANDRA AGNOLUCCI
14                                     HOWARD RICE NEMEROVSKI CANADY
                                            FALK & RABKIN
15                                     A Professional Corporation

16
                                       By:  _____/s/_____
17                                               JEFFREY E. FAUCETTE

18                                     Attorneys for Defendant WI-LAN, INC.

19   DATED:  February 21, 2008        LINDA JEAN THAYER
                                       FINNEGAN, HENDERSON, FARABOW,
20                                          GARRETT & DUNNER, L.L.P.

21

22                                     By:  _____/s/_____
                                                 LINDA JEAN THAYER
23
                                       Attorneys for Plaintiff MARVELL
24                                     SEMICONDUCTOR, INC.

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

STIP RE RESPONSE TO COMPLAINT AND INITIAL CMC        C 07-05626 SI

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Granting Extension Of Time To Respond To Complaint And Resetting Initial Case Management Conference.  In compliance with General Order 45.X.B, I hereby attest that Linda Jean Thayer has concurred in this filing.

DATED:  February 21, 2008
               JEFFREY E. FAUCETTE
               SIMONA ALESSANDRA AGNOLUCCI
               HOWARD RICE NEMEROVSKI CANADY
                    FALK & RABKIN
               A Professional Corporation

By: _____/s/_____
                   JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____.    _____
                           UNITED STATES DISTRICT COURT JUDGE