1  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
2  SIMONA ALESSANDRA AGNOLUCCI
   (No. 246943)
3  Email: sagnolucci@howardrice.com
   HOWARD RICE NEMEROVSKI
4       CANADY FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
6  Telephone:   415/434-1600
   Facsimile:   415/217-5910
7
   Attorneys for Defendant
8  WI-LAN, INC.

9  LINDA JEAN THAYER (No. 195115)
   Email: linda.thayer@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
11 3300 Hillview Avenue
   Palo Alto, California  94304
12 Telephone:   650/849-6600
   Facsimile:   650/849-6666
13
   Attorneys for Plaintiff
14 MARVELL SEMICONDUCTOR, INC.

15

16                   UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                          OAKLAND DIVISION

19

| 20 | MARVELL SEMICONDUCTOR INC., a California corporation, | No. C 07-05626 SI |
|---|---|---|
| 21 | | Action Filed:  November 5, 2007 |
| 22 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND RESETTING INITIAL CASE MANAGEMENT CONFERENCE |
| 23 | v. | |
| 24 | WI-LAN, INC., a Canadian corporation, | |
| 25 | Defendant. | |

1   Defendant Wi-LAN, Inc.'s ("Wi-LAN") response to the Complaint for Declaratory
2   Relief of Plaintiff Marvell Semiconductor, Inc. ("Marvell") is currently due to be filed on or
3   before February 25, 2008. There is also an initial case management conference set for
4   February 29, 2008 at 2:00 p.m. The parties have not yet met and conferred pursuant to Rule
5   26 and are in the process of discussing a possible dismissal of the complaint.

6   IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and
7   through their respective attorneys of record, that:

8   1.   Wi-LAN's pleading in response to the Complaint must be filed on or before
9   March 10, 2008.

10  2.   The initial case management conference in this matter shall be continued to April
11  4, 2008 at 2:00 p.m.

DATED: February 21, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:  _____/s/_____
        JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

DATED: February 21, 2008

LINDA JEAN THAYER
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.

By:  _____/s/_____
        LINDA JEAN THAYER

Attorneys for Plaintiff MARVELL SEMICONDUCTOR, INC.

## ATTESTATION

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Granting Extension Of Time To Respond To Complaint And Resetting Initial Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Linda Jean Thayer has concurred in this filing.

DATED: February 21, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____.      _____
UNITED STATES DISTRICT COURT JUDGE