JEFFREY E. FAUCETTE (No. 193066)
Email: jfaucette@howardrice.com
SIMONA ALESSANDRA AGNOLUCCI (No. 246943)
Email: sagnolucci@howardrice.com
HOWARD RICE NEMEROVSKI
   CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Defendant
WI-LAN, INC.

LINDA JEAN THAYER (No. 195115)
Email: linda.thayer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: 650/849-6600
Facsimile: 650/849-6666

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELL SEMICONDUCTOR INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>WI-LAN, INC., a Canadian corporation,<br><br>        Defendant. | No. C 07-05626 SI<br><br>Action Filed: November 5, 2007<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Defendant Wi-LAN, Inc.'s ("Wi-LAN") response to the Complaint for Declaratory Relief of Plaintiff Marvell Semiconductor, Inc. ("Marvell") is currently due to be filed on or before March 10, 2008. The parties currently are in settlement discussions, and require a short period of additional time to complete these discussions.

IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that:

Wi-LAN's pleading in response to the Complaint must be filed on or before March 17, 2008.

DATED: March 7, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
         JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

DATED: March 7, 2008

LINDA JEAN THAYER
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.

By: _____/s/_____
         LINDA JEAN THAYER

Attorneys for Plaintiff MARVELL SEMICONDUCTOR, INC.

-1-

**ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Granting Extension Of Time To Respond To Complaint. In compliance with General Order 45.X.B, I hereby attest that Linda Jean Thayer has concurred in this filing.

DATED: March 7, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____.

_____
UNITED STATES DISTRICT COURT JUDGE