1  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
2  SIMONA ALESSANDRA AGNOLUCCI
   (No. 246943)
3  Email: sagnolucci@howardrice.com
   HOWARD RICE NEMEROVSKI
4       CANADY FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
6  Telephone:   415/434-1600
   Facsimile:    415/217-5910
7
   Attorneys for Defendant
8  WI-LAN, INC.

9  LINDA JEAN THAYER (No. 195115)
   Email: linda.thayer@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
11 3300 Hillview Avenue
   Palo Alto, California  94304
12 Telephone:   650/849-6600
   Facsimile:    650/849-6666
13
   Attorneys for Plaintiff
14 MARVELL SEMICONDUCTOR, INC.

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19 MARVELL SEMICONDUCTOR INC., a         No. C 07-05626 SI
   California corporation,
20                                        Action Filed: November 5, 2007
                 Plaintiff,
21                                        STIPULATION AND [PROPOSED]
        v.                                ORDER GRANTING EXTENSION OF
22                                        TIME TO RESPOND TO COMPLAINT
   WI-LAN, INC., a Canadian corporation,
23
                 Defendant.
24

25

26

27

28

STIP RE RESPONSE TO COMPLAINT                              C 07-05626 SI

1  Defendant Wi-LAN, Inc.'s ("Wi-LAN") response to the Complaint for Declaratory Relief of Plaintiff Marvell Semiconductor, Inc. ("Marvell") is currently due to be filed on or before March 17, 2008. The parties currently are in settlement discussions, and require a short period of additional time to complete these discussions.

IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that:

Wi-LAN's pleading in response to the Complaint must be filed on or before March 31, 2008.

DATED: March 14, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
        JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

DATED: March 14, 2008

LINDA JEAN THAYER
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.

By: _____/s/_____
        LINDA JEAN THAYER

Attorneys for Plaintiff MARVELL SEMICONDUCTOR, INC.

**ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Granting Extension Of Time To Respond To Complaint. In compliance with General Order 45.X.B, I hereby attest that Linda Jean Thayer has concurred in this filing.

DATED: March 14, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:         /s/
      JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____.

UNITED STATES DISTRICT COURT JUDGE