1  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
2  SIMONA ALESSANDRA AGNOLUCCI
   (No. 246943)
3  Email: sagnolucci@howardrice.com
   HOWARD RICE NEMEROVSKI
4      CANADY FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
6  Telephone:   415/434-1600
   Facsimile:   415/217-5910
7
   Attorneys for Defendant
8  WI-LAN, INC.

9  LINDA JEAN THAYER (No. 195115)
   Email: linda.thayer@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
11 3300 Hillview Avenue
   Palo Alto, California 94304
12 Telephone:   650/849-6600
   Facsimile:   650/849-6666
13
   Attorneys for Plaintiff
14 MARVELL SEMICONDUCTOR, INC.

15

16                   UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                          OAKLAND DIVISION

19

20 MARVELL SEMICONDUCTOR INC., a          No. C 07-05626 SI
   California corporation,
21                                        Action Filed: November 5, 2007
                  Plaintiff,
22                                        STIPULATION AND [PROPOSED]
        v.                                ORDER RESETTING INITIAL CASE
23                                        MANAGEMENT CONFERENCE
   WI-LAN, INC., a Canadian corporation,
24
                  Defendant.
25

26

27

28

1  Defendant Wi-LAN, Inc.'s ("Wi-LAN") response to the Complaint for Declaratory
2  Relief of Plaintiff Marvell Semiconductor, Inc. ("Marvell") is currently due to be filed on or
3  before March 31, 2008. There is also an initial case management conference set for April 4,
4  2008 at 2:00 p.m. The parties have not yet met and conferred pursuant to Rule 26 and are in
5  the process of discussing a possible dismissal of the complaint.

6  IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and
7  through their respective attorneys of record, that:

8  The initial case management conference in this matter shall be continued to May 30,
9  2008 at 2:00 p.m.

11  DATED: March 21, 2008            JEFFREY E. FAUCETTE
                                     SIMONA ALESSANDRA AGNOLUCCI
12                                   HOWARD RICE NEMEROVSKI CANADY
                                         FALK & RABKIN
13                                   A Professional Corporation

14                                   By:  _____/s/_____
15                                            JEFFREY E. FAUCETTE

16                                   Attorneys for Defendant WI-LAN, INC.

17  DATED: March 21, 2008            LINDA JEAN THAYER
                                     FINNEGAN, HENDERSON, FARABOW,
18                                       GARRETT & DUNNER, L.L.P.

20                                   By:  _____/s/_____
                                              LINDA JEAN THAYER
21
                                     Attorneys for Plaintiff MARVELL
22                                   SEMICONDUCTOR, INC.

STIPULATION AND [PROPOSED] ORDER RESETTING INITIAL CMC          C 07-05626 SI
-1-

1 **ATTESTATION**

2 I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Granting Extension Of Time To Respond To Complaint And Resetting Initial Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Linda Jean Thayer has concurred in this filing.

6 DATED: March 21, 2008             JEFFREY E. FAUCETTE
                                    SIMONA ALESSANDRA AGNOLUCCI
                                    HOWARD RICE NEMEROVSKI CANADY
                                        FALK & RABKIN
                                    A Professional Corporation

                                    By:  _____/s/_____
                                         JEFFREY E. FAUCETTE

                                    Attorneys for Defendant WI-LAN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____.
                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RESETTING INITIAL CMC     C 07-05626 SI

-2-