1  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
2  SIMONA ALESSANDRA AGNOLUCCI
   (No. 246943)
3  Email: sagnolucci@howardrice.com
   HOWARD RICE NEMEROVSKI
4       CANADY FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
6  Telephone:    415/434-1600
   Facsimile:    415/217-5910
7
   Attorneys for Defendant
8  WI-LAN, INC.

9  LINDA JEAN THAYER (No. 195115)
   Email: linda.thayer@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
11 3300 Hillview Avenue
   Palo Alto, California  94304
12 Telephone:    650/849-6600
   Facsimile:    650/849-6666
13
   Attorneys for Plaintiff
14 MARVELL SEMICONDUCTOR, INC.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                            OAKLAND DIVISION

19

| | |
|---|---|
| 20  MARVELL SEMICONDUCTOR INC., a California corporation, | No. C 07-05626 SI |
| 21  Plaintiff, | Action Filed:  November 5, 2007 |
| 22  v. | STIPULATION AND [PROPOSED] ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE |
| 23  WI-LAN, INC., a Canadian corporation, | |
| 24  Defendant. | |

26

27

28

STIPULATION AND [PROPOSED] ORDER RESETTING  INITIAL CMC          C 07-05626 SI

Defendant Wi-LAN, Inc.'s ("Wi-LAN") response to the Complaint for Declaratory Relief of Plaintiff Marvell Semiconductor, Inc. ("Marvell") is currently due to be filed on or before March 31, 2008. There is also an initial case management conference set for April 4, 2008 at 2:00 p.m. The parties have not yet met and conferred pursuant to Rule 26 and are in the process of discussing a possible dismissal of the complaint.

IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that:

The initial case management conference in this matter shall be continued to May 30, 2008 at 2:00 p.m.

DATED: March 21, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

DATED: March 21, 2008

LINDA JEAN THAYER
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.

By: _____/s/_____
LINDA JEAN THAYER

Attorneys for Plaintiff MARVELL SEMICONDUCTOR, INC.

**ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Granting Extension Of Time To Respond To Complaint And Resetting Initial Case Management Conference.  In compliance with General Order 45.X.B, I hereby attest that Linda Jean Thayer has concurred in this filing.

DATED:  March 21, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation


By: _____/s/_____
    JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____.

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RESETTING INITIAL CMC    C 07-05626 SI

-2-