| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Robert A. Cote
MCKOOL SMITH PC
399 Park Avenue, Suite 3200
New York, New York 10022
Telephone: (212) 402-9402

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MARVELL SEMICONDUCTOR, INC.

                    Plaintiff(s),

      v.

WI-LAN, INC.

                    Defendant(s).

CASE NO. C07-05626 SI

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Robert A. Cote, an active member in good standing of the bar of U.S.D.C. for the Southern District of NY, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing WI-LAN, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jeffrey E. Faucette, HOWARD RICE NEMEROVSKI, Three Embarcadero Center, 7th Floor, San Francisco, CA 94111-4024, Tel: 415-434-1600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2008

                                                              /s/ Robert A. Cote
                                                              Robert A. Cote

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVELL SEMICONDUCTOR INC.,
a California corporation,

Plaintiff(s),

v.

WI-LAN, INC., a Canadian corporation,

Defendant(s).

CASE NO. C 07-05626-~~WDB~~ SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert A. Cote, an active member in good standing of the bar of the Southern District of New York, (particular court to which applicant is admitted) whose business address and telephone number is McKool Smith, P.C.
399 Park Avenue, Suite 3200
New York, N.Y. 10022
Tel. 212/402-9400
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Wi-Lan, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge
Susan Illston

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017391
Cashier ID: bucklem
Transaction Date: 03/25/2008
Payer Name: san francisco legal support
--------------------------------
PRO HAC VICE
 For: robert cote
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: john b campbell
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: kevin l burgess
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: gretchen k harting
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
--------------------------------
CHECK
 Check/Money Order Num: 34406
 Amt Tendered: $840.00
--------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

c07-5626si

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```