1  John B. Campbell, Jr.
   Texas State Bar No. 24036314
2  Email: jcampbell@mckoolsmith.com
   McKOOL SMITH, P.C.
3  300 West Sixth Street, Suite 1700
   Austin, TX 78701
4  Telephone:   512/692-8700
   Facsimile:   512/692-8744
5
   Attorney for Defendant
6  WI-LAN, INC.

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  MARVELL SEMICONDUCTOR INC., a        No. C 07-05626 SI
    California corporation,
13                                       **APPLICATION FOR**
                         Plaintiff,      **ADMISSION OF ATTORNEY**
14                                       ***PRO HAC VICE***
         v.
15
    WI-LAN, INC., a Canadian corporation,
16
                         Defendant.
17

18       Pursuant to Civil L.R. 11-3, John B. Campbell, Jr., an active member in good standing of the

19  bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro*

20  *hac vice* basis representing Wi-Lan, Inc. in the above-entitled action.

21       In support of this application, I certify on oath that:

22
         1.   I am an active member in good standing of a United States Court or of the highest
23
              court of another State or the District of Columbia, as indicated above;
24
         2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
25
26            Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

27            become familiar with the Local Rules and the Alternative Dispute Resolution

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

                                         -1-

1    programs of this Court; and,

2    3.   An attorney who is a member of the bar of this Court in good standing and who

3    maintains an office within the State of California has been designated as co-counsel

4    in the above-entitled action. The name, address and telephone number of

5    that attorney is:

6    Jeffrey E. Faucette (No. 193066)
7    HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
     A Professional Corporation
8    Three Embarcadero Center, 7th Floor
     San Francisco, California  94111-4024
9    Telephone: 415/434-1600

10

11   I declare under penalty of perjury that the foregoing is true and correct.

12

13   Dated: February 5, 2008

14

15

16   By: _____

17       JOHN B. CAMPBELL, JR.

18

19

20

21

22

23

24

25

26

27

28

-2-

Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MARVELL SEMICONDUCTOR INC.,
a California corporation,

Plaintiff(s),

v.

WI-LAN, INC., a Canadian corporation,

Defendant(s). /

CASE NO. C 07-05626 WDB S

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

John B. Campbell, Jr. , an active member in good standing of the bar of

the Northern District of Texas
(particular court to which applicant is admitted)          whose business address and telephone number

is McKool Smith, P.C.
300 West Sixth Street, Suite 1700
Austin, TX 78701
Tel. 512/692-8700
                                                                   , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Wi-Lan, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:

                                        United States District     Judge
                                        Susan Illston

*United States District Court*
*For the Northern District of California*

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017391
Cashier ID: bucklem
Transaction Date: 03/25/2008
Payer Name: san francisco legal support
-----------------------------------------
PRO HAC VICE
 For: robert cote
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
PRO HAC VICE
 For: john b campbell
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
PRO HAC VICE
 For: kevin l burgess
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
PRO HAC VICE
 For: gretchen k harting
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
-----------------------------------------
CHECK
 Check/Money Order Num: 34406
 Amt Tendered: $840.00
-----------------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

c07-5626si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.