1  Kevin L. Burgess
   Texas State Bar No. 24006927
2  Email: kburgess@mckoolsmith.com
   McKOOL SMITH, P.C.
3  300 West Sixth Street, Suite 1700
   Austin, TX 78701
4  Telephone:  512/692-8700
   Facsimile:   512/692-8744
5
   Attorney for Defendant
6  WI-LAN, INC.
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  MARVELL SEMICONDUCTOR INC., a California corporation, | No. C 07-05626 SI |
| 13                              Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY** |
| 14  v. | ***PRO HAC VICE*** |
| 15  WI-LAN, INC., a Canadian corporation, | |
| 16                              Defendant. | |

18    Pursuant to Civil L.R. 11-3, Kevin L. Burgess, an active member in good standing of the bar

19  of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac*

20  *vice* basis representing Wi-Lan, Inc. in the above-entitled action.

21    In support of this application, I certify on oath that:

23    1.   I am an active member in good standing of a United States Court or of the highest

24         court of another State or the District of Columbia, as indicated above;

25    2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

26         Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

27         become familiar with the Local Rules and the Alternative Dispute Resolution

28

-1-

1  programs of this Court; and,

2  3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jeffrey E. Faucette (No. 193066)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2008

By: _____
    KEVIN L. BURGESS

-2-

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARVELL SEMICONDUCTOR INC.,
a California corporation,

                Plaintiff(s),

v.

WI-LAN, INC., a Canadian corporation,

                Defendant(s).

CASE NO. C 07-05626 ~~WDB~~ SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Kevin L. Burgess, an active member in good standing of the bar of the Northern District of Texas (particular court to which applicant is admitted) whose business address and telephone number is McKool Smith, P.C.
300 West Sixth Street, Suite 1700
Austin, TX 78701
Tel. 512/692-8700
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Wi-Lan, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                United States District Judge
                                                Susan Illston

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017391
Cashier ID: bucklem
Transaction Date: 03/25/2008
Payer Name: san francisco legal support
--------------------------------------
PRO HAC VICE
 For: robert cote
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: john b campbell
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: kevin l burgess
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: gretchen k harting
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
--------------------------------------
CHECK
 Check/Money Order Num: 34406
 Amt Tendered: $840.00
--------------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

c07-5626si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```