Gretchen K. Harting
Texas State Bar No. 24055979
Email: gharting@mckoolsmith.com
McKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, TX 78701
Telephone:  512/692-8700
Facsimile:   512/692-8744

Attorney for Defendant
WI-LAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> WI-LAN, INC., a Canadian corporation, <br><br> Defendant. | No. C 07-05626 SI <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Gretchen K. Harting, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Wi-Lan, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution

-1-

programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jeffrey E. Faucette (No. 193066)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2008

By: *Gretchen K. Harting*

GRETCHEN K. HARTING

-2-

Reset Form

**United States District Court**

**For the Northern District of California**

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4
5  Marvell Semiconductor, Inc.
6              Plaintiff(s),
7         v.                                      CASE NO. C 07-05626 ~~WDB~~ SI
8                                                 **(Proposed)**
                                                  **ORDER GRANTING APPLICATION**
                                                  **FOR ADMISSION OF ATTORNEY**
9  Wi-LAN, Inc.                                   ***PRO HAC VICE***
10             Defendant(s).    /
11         Gretchen K. Harting , an active member in good standing of the bar of
12  the Southern District of Texas, whose business address and telephone number
    (particular court to which applicant is admitted)
13  is MCKOOL SMITH, P.C.
    300 West Sixth Street, Suite 1700
14  Austin, TX 78701
15  Telephone: 512/692-8700                                       , having applied in the
16  above-entitled action for admission to practice in the Northern District of California on a *pro hac*
17  *vice* basis, representing  Wi-LAN, Inc.
18         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
19  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
20  *vice* . Service of papers upon and communication with co-counsel designated in the application
21  will constitute notice to the party. All future filings in this action are subject to the requirements
22  contained in General Order No. 45, *Electronic Case Filing* .
23
24  Dated:
25                                             United States District     Judge
                                               Susan Illston
26
27
28

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017391
Cashier ID: bucklem
Transaction Date: 03/25/2008
Payer Name: san francisco legal support
--------------------------------
PRO HAC VICE
 For: robert cote
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: john b campbell
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: kevin l burgess
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: gretchen k harting
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
--------------------------------
CHECK
 Check/Money Order Num: 34406
 Amt Tendered: $840.00
--------------------------------
Total Due:     $840.00
Total Tendered: $840.00
Change Amt:     $0.00

c07-5626si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```