

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVELL SEMICONDUCTOR INC.,
a California corporation,

              Plaintiff(s),

v.

WI-LAN, INC., a Canadian corporation,

              Defendant(s).

CASE NO. C 07-05626-WDB SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Robert A. Cote, an active member in good standing of the bar of the Southern District of New York, (particular court to which applicant is admitted) whose business address and telephone number is McKool Smith, P.C.
399 Park Avenue, Suite 3200
New York, N.Y. 10022
Tel. 212/402-9400
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Wi-Lan, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge
Susan Illston