Reset Form

**United States District Court**

**For the Northern District of California**

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3
4
5   Marvell Semiconductor, Inc.
6                    Plaintiff(s),
7       v.                                        CASE NO. C 07-05626 WDB SI
8                                                 **(Proposed)**
                                                  **ORDER GRANTING APPLICATION**
9   Wi-LAN, Inc.                                  **FOR ADMISSION OF ATTORNEY**
                                                  *PRO HAC VICE*
10                   Defendant(s).        /
11          Gretchen K. Harting , an active member in good standing of the bar of
12  the Southern District of Texas, whose business address and telephone number
    (particular court to which applicant is admitted)
13  is MCKOOL SMITH, P.C.
    300 West Sixth Street, Suite 1700
14  Austin, TX 78701
15  Telephone: 512/692-8700                                 , having applied in the
16  above-entitled action for admission to practice in the Northern District of California on a *pro hac*
17  *vice* basis, representing Wi-LAN, Inc.
18          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
19  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
20  *vice* . Service of papers upon and communication with co-counsel designated in the application
21  will constitute notice to the party. All future filings in this action are subject to the requirements
22  contained in General Order No. 45, *Electronic Case Filing* .
23
24  Dated:                                        [signature: Susan Illston]
25                                                United States District    Judge
                                                  Susan Illston
26
27
28