1  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
2  SIMONA ALESSANDRA AGNOLUCCI
   (No. 246943)
3  Email: sagnolucci@howardrice.com
   HOWARD RICE NEMEROVSKI
4      CANADY FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
6  Telephone:   415/434-1600
   Facsimile:   415/217-5910
7
   Attorneys for Defendant
8  WI-LAN, INC.

9  LINDA JEAN THAYER (No. 195115)
   Email: linda.thayer@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
11 3300 Hillview Avenue
   Palo Alto, California  94304
12 Telephone:   650/849-6600
   Facsimile:   650/849-6666
13
   Attorneys for Plaintiff
14 MARVELL SEMICONDUCTOR, INC.

15

16                   UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 MARVELL SEMICONDUCTOR INC., a     No. C 07-05626 SI
   California corporation,
20                                    Action Filed: November 5, 2007
                  Plaintiff,
21                                    STIPULATION AND [PROPOSED]
         v.                           ORDER GRANTING EXTENSION OF
22                                    TIME TO RESPOND TO COMPLAINT
   WI-LAN, INC., a Canadian corporation,
23
                  Defendant.
24

25

26

27

28

                        STIP RE RESPONSE TO COMPLAINT                C 07-05626 SI

1  Defendant Wi-LAN, Inc.'s ("Wi-LAN") response to the Complaint for Declaratory
2  Relief of Plaintiff Marvell Semiconductor, Inc. ("Marvell") is currently due to be filed on or
3  before March 31, 2008. The parties currently are in settlement discussions, and require a
4  short period of additional time to complete these discussions.

5  IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and
6  through their respective attorneys of record, that:

7  Wi-LAN's pleading in response to the Complaint must be filed on or before April 3,
8  2008.

10  DATED: March 31, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
        JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

16  DATED: March 31, 2008

LINDA JEAN THAYER
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.

By: _____/s/_____
        LINDA JEAN THAYER

Attorneys for Plaintiff MARVELL
SEMICONDUCTOR, INC.

STIP RE RESPONSE TO COMPLAINT                C 07-05626 SI
-1-

**ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Granting Extension Of Time To Respond To Complaint.  In compliance with General Order 45.X.B, I hereby attest that Linda Jean Thayer has concurred in this filing.

DATED:  March 31, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
　　FALK & RABKIN
A Professional Corporation

By: _____/s/_____
　　JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____.

_____
UNITED STATES DISTRICT COURT JUDGE