JEFFREY E. FAUCETTE (No. 193066)
Email: jfaucette@howardrice.com
SIMONA ALESSANDRA AGNOLUCCI (No. 246943)
Email: sagnolucci@howardrice.com
HOWARD RICE NEMEROVSKI
    CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Defendant
WI-LAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELL SEMICONDUCTOR INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>WI-LAN, INC., a Canadian corporation,<br><br>            Defendant. | No. C 07-05626 SI<br><br>NOTICE OF CONTINUANCE OF WI-LAN, INC.'S MOTION TO DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF<br><br>Hearing Date: May 30, 2008<br>Location: Courtroom 10<br>Time: 9:00 a.m.<br><br>Honorable Judge Susan Illston |

NOTICE OF CONTINUANCE OF MOTION TO DISMISS                              C 07-05626 SI
-1-

Pursuant to Northern District of California Civil Local Rule 7-7(a), please take notice that the hearing on Defendant Wi-Lan, Inc.'s Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief is hereby continued from May 23, 2008, at 9:00 a.m., to May 30, 2008, at 9:00 a.m.

DATED: April 29, 2008

Respectfully,

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
       JEFFREY E. FAUCETTE

Attorneys for Defendant
WI-LAN, INC.