1  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
2  SIMONA ALESSANDRA AGNOLUCCI
   (No. 246943)
3  Email: sagnolucci@howardrice.com
   HOWARD RICE NEMEROVSKI
4      CANADY FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
6  Telephone:   415/434-1600
   Facsimile:   415/217-5910
7
   Attorneys for Defendant
8  WI-LAN, INC.

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11
12
13 MARVELL SEMICONDUCTOR INC., a         No. C 07-05626 SI
   California corporation,
14                                       NOTICE OF CONTINUANCE OF WI-
                                         LAN, INC.'S MOTION TO DISMISS
15              Plaintiff,               MARVELL SEMICONDUCTOR, INC.'S
                                         SUIT FOR DECLARATORY RELIEF
16      v.
                                         Hearing Date: May 30, 2008
17 WI-LAN, INC., a Canadian corporation, Location: Courtroom 10
                                         Time: 9:00 a.m.
18              Defendant.
19                                       Honorable Judge Susan Illston
20

1  Pursuant to Northern District of California Civil Local Rule 7-7(a), please take notice
2  that the hearing on Defendant Wi-Lan, Inc.'s Motion to Dismiss Marvell Semiconductor,
3  Inc.'s Suit for Declaratory Relief is hereby continued from May 23, 2008, at 9:00 a.m., to
4  May 30, 2008, at 9:00 a.m.

6  DATED: April 29, 2008

Respectfully,

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By: _____/s/_____
      JEFFREY E. FAUCETTE

Attorneys for Defendant
WI-LAN, INC.