1    JEFFREY E. FAUCETTE (No. 193066)
     Email: jfaucette@howardrice.com
2    SIMONA ALESSANDRA AGNOLUCCI
     (No. 246943)
3    Email: sagnolucci@howardrice.com
     HOWARD RICE NEMEROVSKI
4        CANADY FALK & RABKIN
     A Professional Corporation
5    Three Embarcadero Center, 7th Floor
     San Francisco, California  94111-4024
6    Telephone:   415/434-1600
     Facsimile:   415/217-5910
7

8    Attorneys for Defendant
     WI-LAN, INC.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13   MARVELL SEMICONDUCTOR INC., a       No. C 07-05626 SI
     California corporation,
14                                       NOTICE OF CONTINUANCE OF
                                         WI-LAN, INC.'S MOTION TO DISMISS
15          Plaintiff,                   MARVELL SEMICONDUCTOR, INC.'S
                                         SUIT FOR DECLARATORY RELIEF
16      v.
                                         Hearing Date:  June 13, 2008
17   WI-LAN, INC., a Canadian corporation,   Location:  Courtroom 10
                                         Time: 9:00 a.m.
18          Defendant.

19
                                         Honorable Judge Susan Illston
20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1    Pursuant to Northern District of California Civil Local Rule 7-7(a), please take notice

2    that the hearing on Defendant Wi-Lan, Inc.'s Motion to Dismiss Marvell Semiconductor,

3    Inc.'s Suit for Declaratory Relief is hereby continued from May 30, 2008, at 9:00 a.m., to

4    June 13, 2008, at 9:00 a.m.  The parties are in settlement negotiations, and require additional

5    time to continue such negotiations.    Should the parties succeed in settling this matter,

6    Defendant Wi-Lan, Inc.'s Motion to Dismiss would become moot.

7

8    DATED:  May 6, 2008

9                                              Respectfully,

10                                             JEFFREY E. FAUCETTE
                                               SIMONA ALESSANDRA AGNOLUCCI
11                                             HOWARD RICE NEMEROVSKI CANADY
                                                    FALK & RABKIN
12                                             A Professional Corporation

13
                                               By: _____/s/_____
14                                                         JEFFREY E. FAUCETTE

15                                             Attorneys for Defendant
                                               WI-LAN, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation