1  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
2  SIMONA ALESSANDRA AGNOLUCCI
   (No. 246943)
3  Email: sagnolucci@howardrice.com
   HOWARD RICE NEMEROVSKI
4       CANADY FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
6  Telephone:    415/434-1600
   Facsimile:    415/217-5910
7
   Attorneys for Defendant
8  WI-LAN, INC.

9  LINDA JEAN THAYER (No. 195115)
   Email: linda.thayer@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
11 3300 Hillview Avenue
   Palo Alto, California  94304
12 Telephone:    650/849-6600
   Facsimile:    650/849-6666
13
   Attorneys for Plaintiff
14 MARVELL SEMICONDUCTOR, INC.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                            OAKLAND DIVISION

19

20 MARVELL SEMICONDUCTOR INC., a          No. C 07-05626 SI
   California corporation,
21                                         Action Filed:  November 5, 2007
                    Plaintiff,
22                                         STIPULATION AND [PROPOSED]
        v.                                 ORDER RE INITIAL CASE
23                                         MANAGEMENT CONFERENCE
   WI-LAN, INC., a Canadian corporation,
24
                    Defendant.
25

26

27

28

1  The initial case management conference in this matter is currently set for May 30, 2008 at 2:00 p.m.  Defendant Wi-LAN, Inc. has filed a motion to dismiss the complaint and that motion is set for hearing on June 13, 2008 (the hearing was continued to this date by Wi-LAN pursuant to Local Rule 7-7(a)).  The parties are currently engaged in settlement discussions which may result in the voluntary dismissal of the lawsuit.  If the lawsuit is not dismissed by Plaintiff Marvell Semiconductor, Inc., then the Court may grant Wi-LAN's motion to dismiss.  In either event, there would be no need for an initial case management conference.  To date, the parties have not yet met and conferred pursuant to Rule 26.  If the case is not dismissed prior to the hearing on the motion to dismiss on June 13, and the Court is inclined to deny the motion, then the Court may set a date for an initial case management for a date some reasonable time after June 13.

FOR THE FOREGOING REASONS, IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that:

The initial case management conference in this matter shall be vacated and reset by the Court following the hearing on Wi-LAN's motion to dismiss on June 13, 2008.



DATED:  May 7, 2008

By: _____/s/_____
JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

DATED:  May 7, 2008

By: _____/s/_____
LINDA JEAN THAYER

Attorneys for Plaintiff MARVELL SEMICONDUCTOR, INC.

**ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Re Initial Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Linda Jean Thayer has concurred in this filing.

DATED: May 7, 2008

JEFFREY E. FAUCETTE
SIMONA ALESSANDRA AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
    JEFFREY E. FAUCETTE

Attorneys for Defendant WI-LAN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____.

_____
UNITED STATES DISTRICT COURT JUDGE