Linda J. Thayer (SBN 195,115)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile:  (650) 849-6666
linda.thayer@finnegan.com

Roger D. Taylor (*Admitted Pro Hac Vice*)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone: (404) 653-6400
Facsimile:  (404) 653-6444
roger.taylor@finnegan.com

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> WI-LAN, INC., <br><br> Defendant. | CASE NO. C07-05626 SI <br><br> **JOINT STIPULATION REGARDING FILING UNDER SEAL; [PROPOSED] ORDER** |

In accordance with this Court's Standing Order, the parties have agreed and stipulate that Marvell Semiconductor, Inc. may file the following papers under seal:

- A HIGHLIGHTED, CONFIDENTIAL version of Marvell Semiconductor, Inc.'s Opposition To Wi-LAN, Inc.'s Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief; and

1 • A HIGHLIGHTED, CONFIDENTIAL version of the Declaration of Shyam Krishnamurthy in Support of Marvell Semiconductor, Inc.'s Opposition To Wi-LAN, Inc.'s Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief.

By her signature below, counsel for plaintiff attests that counsel for defendant concurred in the filing of this document.

So stipulated:

Dated: May 30, 2008        FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, L.L.P.


                           By: _____/s/_____
                               LINDA J. THAYER
                               Attorneys for Plaintiff
                               MARVELL SEMICONDUCTOR, INC.

Dated:  May 30, 2008       MCKOOL SMITH P.C.


                           By: _____/s/_____
                               KEVIN L. BURGESS
                               Attorneys for Defendant
                               WI-LAN, INC.

**[PROPOSED[ ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Marvell Semiconductor, Inc. may file under seal the following documents:

- A HIGHLIGHTED, CONFIDENTIAL version of Marvell Semiconductor, Inc.'s Opposition To Wi-LAN, Inc.'s Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief; and

- A HIGHLIGHTED, CONFIDENTIAL version of the Declaration of Shyam Krishnamurthy in Support of Marvell Semiconductor, Inc.'s Opposition To Wi-LAN, Inc.'s Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief.

**IT IS SO ORDERED.**

Dated: _____, 2008              _____
                                         Susan Illston
                                         United States District Judge