1  Linda J. Thayer (SBN 195,115/linda.thayer@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P
   3300 Hillview Avenue
3  Palo Alto, California 94304
   Telephone: (650) 849-6600
4  Facsimile:  (650) 849-6666

5
   Roger D. Taylor  *(Admitted Pro Hac Vice/*roger.taylor@finnegan.com)
6  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P
7  303 Peachtree Street, N.E.
   Atlanta, GA  30308-3263
8  Telephone: (404) 653-6400
   Facsimile:  (404) 653-6444
9

10 Attorneys for Plaintiff
   MARVELL SEMICONDUCTOR, INC.
11

12                     UNITED STATES DISTRICT COURT

13                    NOTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15 MARVELL SEMICONDUCTOR, INC.,            CASE NO. C07-05626 SI

16          Plaintiff,
                                           **MANUAL FILING NOTIFICATION
17      v.                                 OF MARVELL SEMICONDUCTOR,
                                           INC.'S OPPOSITION TO WI-LAN,
18 WI-LAN, INC.,                           INC.'S MOTION TO DISMISS
                                           MARVELL SEMICONDUCTOR,
19          Defendant.                     INC.'S SUIT FOR DECLARATORY
                                           RELIEF**
20
                                           **Hearing Date: June 20, 2008
21                                         Location:       Courtroom 10, 19th Fl.
                                           Time:           9:00 a.m.**
22

23

24                    **CONFIDENTIAL DOCUMENT**

25             **SUBMITTED SEPARATELY UNDER SEAL**

26                    **HIGHLIGHTED VERSION**

27

28

**MANUAL FILING NOTIFICATION**

REGARDING**:  MARVELL SEMICONDUCTOR, INC.'S OPPOSITION TO WI-LAN, INC.'S MOTION TO DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF [CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL - HIGHLIGHTED VERSION]**

        This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reason:

[  ] Voluminous Document (PDF file size larger than the efiling system allows).

[  ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[**X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

                                        Respectfully submitted,


Dated:  May 30, 2008              By: _____/s/_____
                                            Linda J. Thayer
                                            FINNEGAN, HENDERSON, FARABOW,
                                               GARRETT & DUNNER, L.L.P
                                            3300 Hillview Avenue
                                            Palo Alto, CA 94304
                                            Telephone: (650) 849-6600

                                            Attorneys for Plaintiff
                                            MARVELL SEMICONDUCTOR, INC.

MANUAL FILING NOTIFICATION
Case No. C07-05626 SI