1  Linda J. Thayer (SBN 195,115/linda.thayer@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone: (650) 849-6600
   Facsimile:  (650) 849-6666
5
   Roger D. Taylor (*Admitted Pro Hac Vice/*roger.taylor@finnegan.com)
6  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P
7  303 Peachtree Street, N.E.
8  Atlanta, GA  30308-3263
   Telephone: (404) 653-6400
9  Facsimile:  (404) 653-6444

10 Attorneys for Plaintiff
   MARVELL SEMICONDUCTOR, INC.
11

12                         UNITED STATES DISTRICT COURT

13                         NOTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., | CASE NO. C07-05626 SI |
| Plaintiff, | |
| v. | **MANUAL FILING NOTIFICATION OF DECLARATION OF SHYAM KRISHNAMURTHY IN SUPPORT OF MARVELL SEMICONDUCTOR, INC.'S OPPOSITION TO WI-LAN, INC.'S MOTION TO DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF** |
| WI-LAN, INC., | |
| Defendant. | |
| | Hearing Date: June 20, 2008
Location:      Courtroom 10, 19th Fl.
Time:           9:00 a.m. |

## CONFIDENTIAL DOCUMENT

## SUBMITTED SEPARATELY UNDER SEAL

## HIGHLIGHTED VERSION

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | REGARDING**: DECLARATION OF SHYAM KRISHNAMURTHY IN SUPPORT OF** |
| 3 | **MARVELL SEMICONDUCTOR, INC.'S OPPOSITION TO WI-LAN, INC.'S MOTION TO** |
| 4 | **DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF** |
| 5 | **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL -** |
| 6 | **HIGHLIGHTED VERSION]** |
| 7 | This filing is in paper or physical form only, and is being maintained in the case file in the |
| 8 | Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. |
| 9 | For information on retrieving this filing directly from the court, please see the court's main web site |
| 10 | at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not |
| 11 | efiled for the following reason: |
| 12 | [ ] Voluminous Document (PDF file size larger than the efiling system allows). |
| 13 | [ ] Unable to Scan Documents |
| 14 | [_] Physical Object (description): _____ |
| 15 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 16 | **[X] Item Under Seal** |
| 17 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 18 | [_] Other (description): _____ |
| 19 | Respectfully submitted, |
| 20 | |
| 21 | Dated: May 30, 2008         By:      /s/ |
| | Linda J. Thayer |
| 22 | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, L.L.P |
| 23 | 3300 Hillview Avenue |
| | Palo Alto, CA 94304 |
| 24 | Telephone: (650) 849-6600 |
| 25 | Attorneys for Plaintiff |
| | MARVELL SEMICONDUCTOR, INC. |
| 26 | |
| 27 | |
| 28 | |