Linda J. Thayer (SBN 195,115/linda.thayer@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Roger D. Taylor (*Admitted Pro Hac Vice*/roger.taylor@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P
303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Telephone: (404) 653-6400
Facsimile: (404) 653-6444

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> WI-LAN, INC., <br><br> Defendant. | CASE NO. C07-05626 SI <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 3300 Hillview Avenue, Palo Alto, California 94304.

On May 30, 2008, I served the following by the indicated means to the persons at the addresses listed:

- **MARVELL SEMICONDUCTOR, INC.'S OPPOSITION TO WI-LAN, INC.'S MOTION TO DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF (HIGHLIGHTED VERSION SUBMITTED FOR FILING UNDER SEAL);**

- **MARVELL SEMICONDUCTOR, INC.'S OPPOSITION TO WI-LAN, INC.'S MOTION TO DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF (REDACTED VERSION);**

- **DECLARATION OF SHYAM KRISHNAMURTHY IN SUPPORT OF MARVELL SEMICONDUCTOR, INC.'S OPPOSITION TO WI-LAN, INC.'S MOTION TO DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF (HIGHLIGHTED VERSION SUBMITTED FOR FILING UNDER SEAL);** and

- **DECLARATION OF SHYAM KRISHNAMURTHY IN SUPPORT OF MARVELL SEMICONDUCTOR, INC.'S OPPOSITION TO WI-LAN, INC.'S MOTION TO DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF (REDACTED VERSION).**

| | |
|---|---|
| **Jeffrey E. Faucette**<br>Howard Rice Nemerovski Canady Falk & Rab<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4065<br>(415) 434-1600<br>Fax: (415) 217-5910<br>Email: jfaucette@howardrice.com | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| **Kevin L. Burgess**<br>McKool Smith, P.C.<br>300 W 6th St, Ste 1700<br>Austin, TX 78701<br>(512) 692-8700<br>Fax: (512) 692-8744<br>Email: kburgess@mckoolsmith.com | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

| | |
|---|---|
| **Robert A. Cote**<br>McKool Smith, P.C.<br>300 Park Avenue, Suite 3200<br>New York, NY 10022<br>(212) 402-9402<br>Email: rcote@mckoolsmith.com | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

I am readily familiar with my firm's practice for collection and sending documents via e-mail in the ordinary course of business. The documents listed above were included in a file that was attached to an e-mail sent to the e-mail addresses stated above on May 30, 2008, following ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this court at whose direction the service was made; and that this declaration was executed on May 30, 2008, at Palo Alto, California.

_____
Gail Selburn