Linda J. Thayer (SBN 195,115)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile:  (650) 849-6666
linda.thayer@finnegan.com

Roger D. Taylor (*Admitted Pro Hac Vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone: (404) 653-6400
Facsimile:  (404) 653-6444
roger.taylor@finnegan.com

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARVELL SEMICONDUCTOR, INC., | CASE NO. C07-05626 SI |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF SHYAM KRISHNAMURTHY IN SUPPORT OF MARVELL SEMICONDUCTOR, INC.'S OPPOSITION TO WI-LAN, INC.'S MOTION TO DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF |
| WI-LAN, INC., | |
| Defendant. | |
| | Hearing Date: June 20, 2008<br>Location:    Courtroom 10, 19th Fl.<br>Time:        9:00 a.m. |
| | [REDACTED VERSION FOR PUBLIC VIEWING] |

DECLARATION IN SUPPORT OF MARVELL'S OPP. TO MOT.
TO WI-LAN'S MOT. TO DISMISS
Case No. C07-05626 SI

I, Shyam Krishnamurthy, hereby declare the following:

1. I am Director of Marketing for plaintiff Marvell Semiconductor, Inc. In that role, I have been responsible for marketing Marvell's current and planned wireless and cellular products to its customers. The matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I make this Declaration in support of Marvell Semiconductor, Inc.'s Opposition to Wi-LAN, Inc.'s Motion To Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief.

3. Marvell designs and makes a wide variety of products to be used by customers in wireless and cellular products. For interoperability, these Marvell products adhere to international standards promulgated by the 3rd Generation Partnership Project (3GPP), a collaboration between groups of telecommunications associations that issues globally applicable third generation (3G) mobile phone system specifications within the scope of the International Mobile Telecommunications-2000 project of the International Telecommunication Union (ITU). 3GPP specifications are based on evolved Global System for Mobile Communications (GSM) specifications.

4. Versions of the 3GPP standard are called "Releases". Release 99 specified the first Universal Mobile Telecommunications System (UMTS) 3G networks, incorporating a Code Division Multiple Access (CDMA) air interface. The standard was finalized and released in early 2000.

5. Release 5 was released in early 2002. Release 5 builds on the architecture described in Release 99, plus additional features, such as IP Multimedia Subsystem (IMS), an architectural framework for delivering internet protocol (IP) multimedia to mobile users and High-Speed Downlink Packet Access (HSDPA), which allows networks based on Universal Mobile Telecommunications System (UMTS) to have higher downlink data transfer speeds and capacity. For example, in products based on Release 99, the maximum downlink speed is 364kbps. HSDPA deployments support down-link speeds of 1.8, 3.6, 7.2, 10.8 and 14.4 Mbit/s and speeds in between. Further speed increases are planned for the near future.

6.  Marvell is an international company in the business of developing the world's next generation products. Marvell communications processors are fully integrated devices for today's GSM, GPRS, and WCDMA mobile phones.

7.  Marvell's PXA90x, a.k.a "Hermon," communications processor supports GSM, GPRS, and WCDMA mobile standards, such as 3GPP. Marvell is currently selling products based on Release 99.

8.  Marvell has designed and developed products that comply with Release 5 and has begun selling these products in mass quantities. The design of the initial Release 5 product, known internally in Marvell as the Tavor product family, is complete and it is on the verge of mass production and inclusion in various consumer end products. As specified in Release 5, these products will support HSDPA base station to mobile unit data rates greater than 364 kbps.

9.  

10. ████████████████████████████████████
████████████.

11. ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████.

2

DECLARATION IN SUPPORT OF MARVELL'S OPP. TO MOT. TO
WI-LAN'S MOT. TO DISMISS
Case No. C07-05626 SI

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of May, 2008, in San Diego, California.

Respectfully submitted,

Dated: May 29, 2008     By: _____Shyam Krishnamurthy_____
                             Director, Marketing, Marvell Semiconductor, Inc.

DECLARATION IN SUPPORT OF MARVELL'S OPP. TO MOT. TO WI-LAN'S
MOT. TO DISMISS

Case No. C07-05626 SI