Linda J. Thayer (SBN 195,115)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile:  (650) 849-6666
linda.thayer@finnegan.com

Roger D. Taylor (*Admitted Pro Hac Vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone: (404) 653-6400
Facsimile:  (404) 653-6444
roger.taylor@finnegan.com

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>WI-LAN, INC.,<br><br>  Defendant. | CASE NO. C07-05626 SI<br><br>**JOINT STIPULATION REGARDING FILING UNDER SEAL; [PROPOSED] ORDER** |

In accordance with this Court's Standing Order, the parties have agreed and stipulate that Marvell Semiconductor, Inc. may file the following papers under seal:

- A HIGHLIGHTED, CONFIDENTIAL version of Marvell Semiconductor, Inc.'s Opposition To Wi-LAN, Inc.'s Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief; and

- A HIGHLIGHTED, CONFIDENTIAL version of the Declaration of Shyam Krishnamurthy in Support of Marvell Semiconductor, Inc.'s Opposition To Wi-LAN, Inc.'s Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief.

By her signature below, counsel for plaintiff attests that counsel for defendant concurred in the filing of this document.

So stipulated:

Dated: May 30, 2008       FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, L.L.P.


                                         By:_____/s/_____
                                            LINDA J. THAYER
                                            Attorneys for Plaintiff
                                            MARVELL SEMICONDUCTOR, INC.

Dated:  May 30, 2008      MCKOOL SMITH P.C.


                                         By: _____/s/_____
                                            KEVIN L. BURGESS
                                            Attorneys for Defendant
                                            WI-LAN, INC.

**[PROPOSED[ ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Marvell Semiconductor, Inc. may file under seal the following documents:

- A HIGHLIGHTED, CONFIDENTIAL version of Marvell Semiconductor, Inc.'s Opposition To Wi-LAN, Inc.'s Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief; and
- A HIGHLIGHTED, CONFIDENTIAL version of the Declaration of Shyam Krishnamurthy in Support of Marvell Semiconductor, Inc.'s Opposition To Wi-LAN, Inc.'s Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief.

**IT IS SO ORDERED.**

Dated: _____, 2008            _____
                                    Susan Illston
                                    United States District Judge