JEFFREY E. FAUCETTE (No. 193066)
Email: jfaucette@howardrice.com
SIMONA ALESSANDRA AGNOLUCCI
(No. 246943)
Email: sagnolucci@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

KEVIN B. BURGESS (*Pro Hac Vice*)
Email:  kburgess@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: 512/692-8700
Facsimile: 512/692-8744

Attorneys for Defendant
WI-LAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> WI-LAN, INC., <br><br> Defendant. | No. C 07-05626 SI <br><br> **JOINT STIPULATION REGARDING FILING UNDER SEAL AND [PROPOSED] ORDER** |

In accordance with this Court's Standing Order, the parties have agreed and stipulate that Wi-LAN, Inc. may file the following paper under seal:

● A HIGHLIGHTED, CONFIDENTIAL version of Wi-LAN, Inc.'s Reply in Support of Its Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief.

By her signature below, counsel for Defendant attests that counsel for Plaintiff concurred in the filing of this document.

So stipulated:

DATED: June 6, 2008.

>JEFFREY E. FAUCETTE
>SIMONA ALESSANDRA AGNOLUCCI
>HOWARD RICE NEMEROVSKI CANADY
>    FALK & RABKIN
>A Professional Corporation
>
>By: _____/s/_____
>        SIMONA ALESSANDRA AGNOLUCCI
>
>Attorneys for Defendant WI-LAN, INC.

DATED: June 6, 2008.

>LINDA J. THAYER
>FINNEGAN, HENDERSON, FARABOW,
>    GARNETT & DUNNER, L.L.P.
>
>By: _____/s/_____
>        LINDA J. THAYER
>
>Attorney for Plaintiff MARVELL SEMICONDUCTOR, INC.

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Wi-LAN, Inc. may file under seal the following document:

- A HIGHLIGHTED, CONFIDENTIAL version of Wi-LAN, Inc.'s Reply in Support of Its Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief.

**IT IS SO ORDERED.**

Dated: _____, 2008

Susan Illston
United States District Judge