1  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
2  SIMONA ALESSANDRA AGNOLUCCI
   (No. 246943)
3  Email: sagnolucci@howardrice.com
   HOWARD RICE NEMEROVSKI CANADY
4      FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
6  Telephone:   415/434-1600
   Facsimile:   415/217-5910
7
8  KEVIN B. BURGESS (*Pro Hac Vice*)
   Email: kburgess@mckoolsmith.com
9  MCKOOL SMITH P.C.
   300 W. 6th Street, Suite 1700
10 Austin, Texas 78701
   Telephone: 512/692-8700
11 Facsimile: 512/692-8744

12 Attorneys for Defendant
   WI-LAN, INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 MARVELL SEMICONDUCTOR, INC.,          No. C 07-05626 SI
18            Plaintiff,                 **PROOF OF SERVICE**
19      v.
20 WI-LAN, INC.,
21            Defendant.
22

PROOF OF SERVICE
-1-

# PROOF OF SERVICE

I, Kinson Yee, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. On June 6, 2008, I served the following document(s) described as **WI-LAN, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS MARVELL SEMICONDUCTOR, INC.'S SUIT FOR DECLARATORY RELIEF** and **JOINT STIPULATION REGARDING FILING UNDER SEAL AND [PROPOSED] ORDER**:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Linda J. Thayer
FINNEGAN HENDERSON
FARABOW GARRETT &
DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA  94304
Fax: (650) 849-6666
Email: linda.thayer@finnegan.com

Roger D. Taylor
FINNEGAN HENDERSON
FARABOW GARRETT &
DUNNER, L.L.P.
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Fax: (404) 653-6444
Email: roger.taylor@finnegan.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on June 6, 2008.



Kinson Yee