1  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
2  SIMONA ALESSANDRA AGNOLUCCI
   (No. 246943)
3  Email: sagnolucci@howardrice.com
   HOWARD RICE NEMEROVSKI CANADY
4       FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
6  Telephone:    415/434-1600
   Facsimile:    415/217-5910
7
8  KEVIN B. BURGESS (*Pro Hac Vice*)
   Email:  kburgess@mckoolsmith.com
9  MCKOOL SMITH P.C.
   300 W. 6th Street, Suite 1700
   Austin, Texas 78701
10 Telephone: 512/692-8700
   Facsimile: 512/692-8744
11
12 Attorneys for Defendant
   WI-LAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> WI-LAN, INC., <br><br> Defendant. | No. C 07-05626 SI <br><br> **JOINT STIPULATION REGARDING FILING UNDER SEAL AND [PROPOSED] ORDER** |

In accordance with this Court's Standing Order, the parties have agreed and stipulate that Wi-LAN, Inc. may file the following paper under seal:

● A HIGHLIGHTED, CONFIDENTIAL version of Wi-LAN, Inc.'s Reply in Support of Its Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief.

By her signature below, counsel for Defendant attests that counsel for Plaintiff concurred in the filing of this document.

So stipulated:

DATED: June 6, 2008.

        JEFFREY E. FAUCETTE
        SIMONA ALESSANDRA AGNOLUCCI
        HOWARD RICE NEMEROVSKI CANADY
            FALK & RABKIN
        A Professional Corporation

By: _____/s/_____
    SIMONA ALESSANDRA AGNOLUCCI

Attorneys for Defendant WI-LAN, INC.

DATED: June 6, 2008.

        LINDA J. THAYER
        FINNEGAN, HENDERSON, FARABOW,
            GARNETT & DUNNER, L.L.P.

By: _____/s/_____
    LINDA J. THAYER

Attorney for Plaintiff MARVELL SEMICONDUCTOR, INC.

# [PROPOSED ORDER]

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Wi-LAN, Inc. may file under seal the following document:

- A HIGHLIGHTED, CONFIDENTIAL version of Wi-LAN, Inc.'s Reply in Support of Its Motion to Dismiss Marvell Semiconductor, Inc.'s Suit for Declaratory Relief.

**IT IS SO ORDERED.**

Dated: _____, 2008



Susan Illston
United States District Judge

STIPULATION RE FILE UNDER SEAL         C 07-05626 SI

-3-