# McKool Smith

A PROFESSIONAL CORPORATION • ATTORNEYS

Kevin Burgess
Direct Dial: (512) 692-8704
kburgess@mckoolsmith.com

300 W. 6th Street, Suite 1700
Austin, TX 78701

Telephone: (512) 692-8700
Telecopier: (512) 692-8744

June 6, 2008

CONFIDENTIAL SETTLEMENT COMMUNICATION
PURSUANT TO F.R.E. 408

**VIA FACSIMILE AND E-MAIL**

Roger D. Taylor
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
303 Peachtree Street, N.E.
3500 SunTrust Plaza
Atlanta, GA 30064
404-653-6480
fax 404-653-6444

    Re:    Case No. C 07-05626 SI; *Marvell Semiconductor, Inc. v. Wi-LAN, Inc.*

Dear Roger:

    By way of this letter, to resolve Civil Action 3:07-05262 SI, Wi-LAN, Inc., hereby unconditionally agrees not to sue Marvell Semiconductor, Inc., and its customers for patent infringement of any claim of United States Patent Nos. 6,192,068, 6,320,897, and RE37,802, based upon Marvell's Tavor UMTS Release 5 HSDPA chipsets, as those chipsets exist today or have existed in the past.

    Please let me know as soon as possible whether Marvell agrees to dismiss its claims with respect to the '068, '897, and '802 patents.

Sincerely,

Kevin Burgess

Austin 44020v1