1  LINDA J. THAYER (SBN 195,115)
   linda.thayer@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone: (650) 849-6600
   Facsimile:  (650) 849-6666

5  ROGER D. TAYLOR (*Pro Hac Vice*)
   roger.taylor@finnegan.com
6  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P
7  303 Peachtree Street, N.E.
   Atlanta, GA  30308-3263
8  Telephone: (404) 653-6400
   Facsimile:  (404) 653-6444
9
   Attorneys for Plaintiff
10 MARVELL SEMICONDUCTOR, INC.

11 JEFFREY E. FAUCETTE (SBN 193066)
   jfaucette@howardrice.com
12 HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN, P.C.
13 Three Embarcadero Center, 7th Floor
   San Francisco, CA  94111-4024
14 Telephone:  (415) 434-1600
   Facsimile:  (415) 217-5910
15
   KEVIN B. BURGESS (*Pro Hac Vice*)
16 kburgess@mckoolsmith.com
   MCKOOL SMITH P.C.
17 300 W. 6th Street, Suite 700
   Austin, TX  78701
18 Telephone:  (512) 692-8700
   Facsimile:  (512) 692-8744
19
   Attorneys for Defendant
20 WI-LAN, INC.

21              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
22                 SAN FRANCISCO DIVISION

23 | | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., | CASE NO. C07-05626 SI |
| Plaintiff, | |
| v. | **JOINT STIPULATED NOTICE OF DISMISSAL; [PROPOSED] ORDER** |
| WI-LAN, INC., | |
| Defendant. | |

Plaintiff Marvell Technologies, Inc. and Defendant Wi-LAN, Inc., hereby stipulate to a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Neither party admits the allegations of the other, and each party shall bear its own costs and expenses of this litigation.

By her signature below, counsel for plaintiff attests that counsel for defendant concurred in the filing of this document.

**IT IS HEREBY STIPULATED:**

Dated: June 19, 2008　　　　　　　　　FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　　　　　　　　　GARRETT & DUNNER, L.L.P.


By:　　　　　　/s/
　　　LINDA J. THAYER
　　　Attorneys for Plaintiff
　　　MARVELL SEMICONDUCTOR, INC.

Dated:  June 19, 2008　　　　　　　　　MCKOOL SMITH P.C.


By: 　　　　　/s/
　　　KEVIN B. BURGESS
　　　Attorneys for Defendant
　　　WI-LAN, INC.

**[PROPOSED] ORDER OF DISMISSAL**

In light of the parties' stipulation, and for good cause shown, it is hereby ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear its own costs and expenses of this litigation.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Susan Illston
United States District Judge