LINDA J. THAYER (SBN 195,115)
linda.thayer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile:  (650) 849-6666

ROGER D. TAYLOR (*Pro Hac Vice*)
roger.taylor@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone: (404) 653-6400
Facsimile:  (404) 653-6444

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

JEFFREY E. FAUCETTE (SBN 193066)
jfaucette@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN, P.C.
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
Telephone:  (415) 434-1600
Facsimile:  (415) 217-5910

KEVIN B. BURGESS (*Pro Hac Vice*)
kburgess@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 700
Austin, TX  78701
Telephone:  (512) 692-8700
Facsimile:  (512) 692-8744

Attorneys for Defendant
WI-LAN, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., <br><br>            Plaintiff, <br><br>      v. <br><br> WI-LAN, INC., <br><br>            Defendant. | CASE NO. C07-05626 SI <br><br> **JOINT STIPULATED NOTICE OF DISMISSAL; [PROPOSED] ORDER** |

1  Plaintiff Marvell Technologies, Inc. and Defendant Wi-LAN, Inc., hereby stipulate to a
2  dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
3  Neither party admits the allegations of the other, and each party shall bear its own costs and
4  expenses of this litigation.
5  By her signature below, counsel for plaintiff attests that counsel for defendant concurred in
6  the filing of this document.

**IT IS HEREBY STIPULATED:**

Dated: June 19, 2008              FINNEGAN, HENDERSON, FARABOW,
                                    GARRETT & DUNNER, L.L.P.


                                  By:_____/s/_____
                                     LINDA J. THAYER
                                     Attorneys for Plaintiff
                                     MARVELL SEMICONDUCTOR, INC.

Dated:  June 19, 2008             MCKOOL SMITH P.C.


                                  By: _____/s/_____
                                     KEVIN B. BURGESS
                                     Attorneys for Defendant
                                     WI-LAN, INC.

2   JOINT STIPULATED NOTICE OF DISMISSAL
    C07-05626 SI

## [PROPOSED] ORDER OF DISMISSAL

In light of the parties' stipulation, and for good cause shown, it is hereby ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own costs and expenses of this litigation.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Susan Illston
United States District Judge